UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATIMORE JOHNSON** | **CIVIL ACTION NO.: 09-3524** |
| **VERSUS** | **JUDGE: SARAH S. VANCE** |
| **EDDIE VANISON AND GREG GLAUDI, INDIVIDUALLY, AND IN THEIR CAPACITIES AS POLICE OFFICERS FOR THE CITY OF MANDEVILLE; THE CITY OF MANDEVILLE; TOM BUELL, CHIEF OF POLICE AND CAPTAIN RON RUPLE, IN THEIR CAPACITIES AS SUPERVISORS OF THE DEFENDANTS, VANISON AND GLAUDI** | **MAG: JOSEPH C. WILKINSON, JR.** |

## O R D E R

CONSIDERING THE UNOPPOSED MOTION TO STAY, filed by the Defendants:

IT IS ORDERED, that the unopposed motion filed by the Defendants is hereby granted; thus this matter is hereby stayed until the pending criminal charges against the Plaintiff are disposed of.

NEW ORLEANS, LOUISIANA this  14th   day of June, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE